The Honorable Robert S. Lasnik

1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

8

9

| | |
|---|---|
| Integrity Trust, by its trustee, Jon Cuddeback, | NO. C16-927 RSL |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER RE-NOTING MOTION FOR RULE 11 SANCTIONS [DKT. 29] AND SETTING BRIEFING SCHEDULE |
| v. | |
| Capital One, N.A.; Chevy Chase Bank, F.S.B. a defunct bank; Mortgage Electronic Registration Systems, Inc., aka MERS; Chicago Title Co.; John Does Nos. 1-50,, | NOTE ON MOTION CALENDAR: February 10, 2017 |
| Defendant. | |

16

### STIPULATION

Plaintiff Integrity Trust and Defendants Capital One, N.A. and MERS stipulate as follows concerning Capital One, N.A. and MERS' Motion for Rule 11 Sanctions and Attorneys' Fees Under Contract and RCW 4.84.185 (Dkt. No. 29) (the "Motion"):

    1.    The Motion will be re-noted from Friday, February 17 to Friday, February 24, 2017;

    2.    Plaintiff's opposition to the Motion will be filed on or before Wednesday, February 15, 2017; and

//

//

//

STIPULATION AND [~~PROPOSED~~] ORDER RE-NOTING MOTION
FOR RULE 11 SANCTIONS [DKT. 29] AND SETTING BRIEFING
SCHEDULE - 1
(C16-927 RSL)
5988413.1

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

1       3.    Defendants Capital One, N.A. and MERS' reply in support of the Motion will be

2   filed on or before Friday, February 24, 2017.

3       DATED this 10th day of February, 2017.

4   s/ J.J. Sandlin                      s/John A. Knox
    J.J. Sandlin, WSBA #7392          John A. Knox, WSBA #12707
5       Attorney for Plaintiff               Attorneys for Defendants Capital One, N.A.
    Sandlin Law Firm                  and MERS
6       PO Box 228                       WILLIAMS, KASTNER & GIBBS PLLC
    Zillah, WA 98953               601 Union Street, Suite 4100
7       Tel:  509-829-3111               Seattle, WA 98101-2380
    Fax:  888-875-7712             P: 206.628.2425 I F: 206.628.6611
8       Sandlinlaw@lawyer.com          jknox@williamskastner.com

9

10

11   **ORDER**

12       PURSUANT TO STIPULATION, IT IS SO ORDERED.

13       DATED this 14th day of February, 2017.

14

15

16       Robert S. Lasnik
    UNITED STATES DISTRICT JUDGE

17

18   PRESENTED BY:

19

20   s/John A. Knox, WSBA #12707
    Attorneys for Defendants Capital One, N.A. and MERS
21       WILLIAMS, KASTNER & GIBBS PLLC
    601 Union Street, Suite 4100
22       Seattle, WA 98101-2380
    jknox@williamskastner.com

23

24   s/J.J. Sandlin, WSBA #7392
    Attorney for Plaintiff
    Sandlin Law Firm
25       PO Box 228
    Zillah, WA 98953
26       Sandlinlaw@lawyer.com

27

STIPULATION AND [PROPOSED] ORDER RE-NOTING MOTION    **Williams, Kastner & Gibbs PLLC**
FOR RULE 11 SANCTIONS [DKT. 29] AND SETTING BRIEFING    601 Union Street, Suite 4100
SCHEDULE - 2    Seattle, Washington 98101-2380
(C16-927 RSL)    (206) 628-6600
5988413.1