| | |
|---|---|
| | UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF WASHINGTON<br>AT SEATTLE |

| | |
|---|---|
| INTEGRITY TRUST, by its trustee, Jon Cuddeback,<br><br>                Plaintiff,<br><br>     v.<br><br>CAPITAL ONE, N.A., *et al.*,<br><br>                Defendants. | Case No. C16-927RSL<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION OF SANCTIONS |

This matter comes before the Court on plaintiff's "Motion for Reconsideration of Sanctions for Attorney Fees and Costs." Dkt. # 44. Motions for reconsideration are disfavored in this district and will be granted only upon a "showing of manifest error in the prior ruling" or "new facts or legal authority which could not have been brought to [the Court's] attention earlier with reasonable diligence." LCR 7(h)(1). Plaintiff has shown neither. Moreover, in objecting to the sanctions ordered by the Court, see Dkt. # 41, plaintiff argues that defendants inflated their litigation costs by failing to move for dismissal of a case that plaintiff filed but "never commenced against any defendant." Dkt. # 44. Of course, defendants did move to dismiss this case. Dkt. # 15. Plaintiff's opposition to that motion to dismiss, Dkt. # 19, and eventual appeal of the Court's order granting that motion to dismiss, Dkt. # 35, belie plaintiff's assertion that anyone but plaintiff is to blame for extending the life of this frivolous lawsuit.

ORDER DENYING PLAINTIFF'S
MOTION FOR RECONSIDERATION - 1

For all of the foregoing reasons, plaintiff's motion for reconsideration (Dkt. # 44) is DENIED.

SO ORDERED this 19th day of May, 2017.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING PLAINTIFF'S
MOTION FOR RECONSIDERATION - 2