1

2

3

4

5

6

The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Integrity Trust, by its trustee, Jon Cuddeback, | NO. C16-927 RSL |
| Plaintiff, | STIPULATION AND ORDER OF DISMISSAL |
| v. | |
| Capital One, N.A.; Chevy Chase Bank, F.S.B. a defunct bank; Mortgage Electronic Registration Systems, Inc., aka MERS; Chicago Title Co.; John Does Nos. 1-50, | NOTE ON MOTION CALENDAR: June 27, 2017 |
| Defendant. | |

## STIPULATION

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff Integrity Trust and Defendants Capital One,

N.A. and MERS, hereby stipulate to the dismissal of all claims in this lawsuit with prejudice and

without costs.  By separate filing, Integrity Trust will also dismiss its pending appeal in this

matter.

DATED this 27th day of June, 2017.

s/ J.J. Sandlin
J.J. Sandlin, WSBA #7392
Attorney for Plaintiff
Sandlin Law Firm
PO Box 228
Zillah, WA 98953
Tel:  509-829-3111
Fax:  888-875-7712
Sandlinlaw@lawyer.com

s/John A. Knox
John A. Knox, WSBA #12707
Attorneys for Defendants Capital One, N.A.
and MERS
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Tel: 206.628.2425
Fax: 206.628.6611
jknox@williamskastner.com

(C16-927 RSL) STIPULATION AND ORDER OF DISMISSAL - 1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6111941.1

**ORDER**

Pursuant to the foregoing Stipulation, and good cause appearing, all claims in this lawsuit are dismissed with prejudice and without costs to any party.

The Clerk of the Court is directed to serve this Order on counsel of record.

DATED this 28th day of June, 2017.

*Robt S Lasnik*
Robert S. Lasnik
United States District Judge

PRESENTED BY:

s/John A. Knox, WSBA #12707
Attorneys for Defendants Capital One, N.A. and MERS
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
jknox@williamskastner.com

s/J.J. Sandlin, WSBA #7392
Attorney for Plaintiff
Sandlin Law Firm
PO Box 228
Zillah, WA 98953
Sandlinlaw@lawyer.com

(C16-927 RSL) STIPULATION AND ORDER OF DISMISSAL - 2